# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| WALTER THOMAS, AS ADMINISTRATOR OF THE ESTATE OF WILLA MAE THOMAS, AND IN HIS OWN RIGHT, | : No. 124 EAL 2018 |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| NATHANIEL R. EVANS, III, M.D. & JEFFERSON UNIVERSITY PHYSICIANS & THOMAS JEFFERSON UNIVERSITY HOSPITAL, | : |
| | : |
| | : |
| | : |
| | : |
| Respondents | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.